UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>       Plaintiff,<br><br>v.<br><br>RACHEL LARRALDE as Personal Representative of the Estate of Rene Larralde, JUAN PABLO VALCARCE, BRIAN EARLY, ALISHA ANN KINGREY, and FUNDSZ.<br><br>       Defendants. | Case No: 6:23CV1445<br><br>District Judge Berger<br>Magistrate Judge Irick |

**PLAINTIFF'S MOTION TO
VOLUNTARILY DISMISS DEFENDANT FUNDSZ**

Plaintiff Commodity Futures Trading Commission moves pursuant to Federal Rule of Civil Procedure 41(a) to dismiss its claims against Defendant Fundsz, an unincorporated entity.

The CFTC has filed an agreed motion to enter consent orders resolving this matter against Defendants Rachel Larralde, as personal representative of the estate of Rene Larralde, and Juan Pablo Valcarce. Dkt. 165. The CFTC intends to file a

motion for default judgment against Defendants Brian Early and Alisha Ann Kingrey within the time set forth in the Court's prior default order. ECF 153 at 3.

Wherefore, the CFTC requests that the Court dismiss its claims against Defendant Fundsz.

Dated: June 16, 2025     Respectfully submitted,

COMMODITY FUTURES TRADING
COMMISSION

 */s/ Douglas Snodgrass*
Douglas Snodgrass
U.S. Commodity Futures Trading
Commission
Division of Enforcement
77 W Jackson Blvd, Suite 800
Chicago, Illinois 60604
(312) 596-0663
dsnodgrass@cftc.gov

CERTIFICATE OF SERVICE

I hereby certify that on today's date I caused a copy of the foregoing document to be served via ECF on all parties of record.

The document was served upon Defendants Brian Early and Alisha Kingrey by agreement by email.

By: */s/ Douglas Snodgrass*

Douglas Snodgrass