**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

v.                                                                          Case No.: 6:23-cv-1445-WWB-DCI

JUAN PABLO VALCARCE, BRIAN
EARLY, ALISHA ANN KINGERY,
FUNDSZ and RACHEL LARRALDE,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Agreed Motion to Enter Consent Orders (Doc.165). Therein, the Commodity Futures Trading Commission ("**CFTC**") asks the Court to enter a Consent Order for Equitable Relief Against Defendant Rachel Larralde (Doc. 165-1), and a Consent Order for Permanent Injunction and Other Equitable Relief Against Defendant Juan Pablo Valcarce (Doc. 165-2). However, the Motion fails to provide this Court with sufficient legal or factual bases for granting such relief and, further, fails to elaborate on the parties' need for or entitlement to a judgment from this Court. *See Stovall v. City of Cocoa*, 117 F.3d 1238, 1240 (11th Cir. 1997) (holding that before approving a consent judgment, the court must determine that the requested relief is "not unconstitutional, unlawful, unreasonable, or contrary to public policy"); 7 U.S.C. § 13a-1(b) ("*Upon a proper showing*, a permanent or temporary injunction or restraining order shall be granted without bond." (emphasis added)); *id.* § 13a-1(d)(3) (stating that a "court may impose, *on a proper showing*, on any person found in the action to have

committed any violation," equitable remedies including restitution and disgorgement (emphasis added)).  To take just one example, the CFTC offers no foundation for its assertion that Defendant Valcarce is likely to engage in further violations of the Commodity Exchange Act unless enjoined from doing so.  And, finally, the Motion fails to comply with Local Rule 3.01(a) and this Court's January 13, 2021 Standing Order.

Therefore, it is **ORDERED** that Plaintiff's Agreed Motion to Enter Consent Orders (Doc.165) is **DENIED**.  It is **FURTHER ORDERED** that Plaintiff shall **SHOW CAUSE** on or before **October 14, 2025**, why the claims against Defendants Larralde and Valcarce should not be dismissed with prejudice pursuant to Local Rule 3.09(b).  Failure to timely to do so may result in the lifting of the preliminary injunctive relief and dismissal of this case as to the Settling Defendants without further notice.

**DONE AND ORDERED** in Orlando, Florida on October 8, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2