UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **COMMODITY FUTURES TRADING COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**RACHEL LARRALDE as Personal Representative of the Estate of Rene Larralde, JUAN PABLO VALCARCE, BRIAN EARLY, ALISHA ANN KINGREY, and FUNDSZ,**<br><br>Defendants. | Case No: 6:23-cv-01445-WWB-DCI |

## PLAINTIFF'S UNOPPOSED MOTION TO STAY

Plaintiff Commodity Futures Trading Commission ("CFTC") respectfully moves the Court to stay this litigation during the current government shutdown.[1]

The federal government is presently shut down, and all non-excepted employees, including the undersigned counsel, have been furloughed and are prohibited by law from performing actions related to their employment.  *See* 31 U.S.C. § 1341 ("Antideficiency Act").

---

[1] On October 23, 2025, the Court entered an Order Approving Claims Process and Distribution Plan and Authorizing Receiver to Pay Claims Agent Initial Retainer (Doc. 176).  The CFTC's Motion to Stay is not intended to impact the claims process or the Receiver's day-to-day activities, but rather to stay the litigation and, as such, avoid creating deadlines or work impacting the CFTC that may otherwise occur if this litigation were to continue unstayed, where such work may violate the Antideficiency Act, 31 U.S.C. § 1341.

In effectuation of the ongoing shutdown, the CFTC makes this request to ensure that it (a) complies with its obligations to the Court; and (b) does not violate the Antideficiency Act.[2]  Accordingly, the CFTC requests that the Court stay this litigation until such time as the undersigned counsel's employment status is reinstated after federal government appropriations are restored.  Upon reinstatement of the undersigned counsel's employment status, the CFTC shall seek to lift the stay and, following consultation with counsel for non-defaulting Defendants Rachel Larralde as Personal Representative of the Estate of Rene Larralde and Juan Pablo Valcarce, anticipates filing a stipulation of voluntary dismissal compliant with Rule 41(a)(1)(A)(ii) to effectuate dismissal of Defendant Fundsz.

## Local Rule 3.01(g) Certification

The undersigned counsel advised the Receiver and counsel for all non-defaulting parties (Larralde and Valcarce) of the CFTC's intent to file this Motion to Stay by e-mail on the morning of October 29, 2025.  The Receiver and counsel for both Defendants Valcarce and Larralde have advised the undersigned counsel that they do not oppose the Motion to Stay.

---

[2]  The undersigned counsel—CFTC's only counsel of record in this case—was furloughed on October 1, 2025, following a lapse in federal government appropriations. On October 9, 2025, the undersigned counsel was recalled to work for the sole and limited purpose of responding to the Court's October 8, 2025 Order (Doc. 173) that the CFTC show cause by October 14, 2025 as to why the claims against Defendants Larralde and Valcarce should not be dismissed with prejudice.  This work resulted in the undersigned counsel's October 14, 2025 filing of the CFTC's Response to the Order (Doc. 174) and the Unopposed Second Motion for Entry of Consent Orders and Memorandum in Support (Doc. 175).  The undersigned counsel returned to furlough status on October 14, 2025, immediately upon completion of this work.  Following the Court's recent Order (Doc.177), the undersigned counsel was recalled to work on October 29, 2025, this time for the sole and limited purpose of preparing a motion to stay in this action.

Respectfully submitted,

/s/ Rebecca S. Jelinek
Rebecca S. Jelinek (MO #53586)
Commodity Futures Trading Commission
2600 Grand Boulevard, Suite 210
Kansas City, MO 64108
Telephone:  (816) 960-7700
Facsimile:  (816) 960-7750
E-mail:  rjelinek@cftc.gov

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On October 30, 2025, this Plaintiff's Unopposed Motion to Stay was filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel who have appeared in this matter.

/s/ Rebecca S. Jelinek
Attorney for Plaintiff